UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KAMNSKIY DESIGN & REMODELING, INC., | ) | Case No. 3:25-cv-00369-RSH-DDL |
|---|---|---|
| Plaintiff, | ) | **ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |
| v. | ) | |
| MT. HAWLEY INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-50, inclusive, | ) | |
| Defendants. | ) | |

//
//
//
//
//
//
//
//

Prough Law, APC

1

ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF NEW YORK
3:25-CV-00369-RSH-DDL

1 | Having considered the Parties' Stipulation and Joint Motion to Transfer
2 | Action, and good cause appearing therefore, this case is hereby transferred to the
3 | United States District Court for the Southern District of New York under the terms
4 | of the subject insurance contract, 28 U.S.C. Section 1404(a), and *Atlantic Marine
5 | Constr. Co. v. U.S. Dist. Court for W. Dist. of Tex.*, 571 U.S. 49 (2013).

**IT IS SO ORDERED.**

DATED: March 10, 2025

*[signature: Robert S. Huie]*

Hon. Robert S. Huie
United States District Judge